In the Matter of the Claim of BARNABA PHOTOGRAPHS CORPORA-
TION, Respondent; FRIEDA S. MILLER, as Industrial Commissioner
of the State of New York, Appellant.

Argued June 9, 1942; decided July 29, 1942.

*John J. Bennett, Jr.*, Attorney-General (*Henry Epstein* and *Francis R. Curran* of counsel), for appellant.

*Benjamin Lewis, Maurice M. Hayman* and *Louis H. Moos* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.